**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDMUND GARIBYAN, ) | No. 1:08-CV-00390 AWI SMS |
| Plaintiff, ) | DISCLOSURE |
| v. ) | |
| COUNTY OF FRESNO, SHERIFF ) MARGARET MIMMS, and DOES ) 1 through 10 inclusive, ) | |
| Defendants. ) | |

A judge has an affirmative duty to recuse himself/herself in any proceeding in which his impartiality might reasonably be questioned.  See 8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994).   In some cases, it is unclear whether a judge has an implied conflict until the parties' review both the specific facts of their case and the judge's personal circumstances. For this reason, the undersigned makes the following disclosure:  On March 1, 2004, the undersigned's wife, Jeanette Ishii, became employed with the County of Fresno and currently serves as an Assistant County Administrative Officer.   Because from the face of the complaint it does not appear that Mrs. Ishii's employment is directly related to the incidents underlying this action, the undersigned declines to *sua sponte* recuse himself from this case.  However, leave to file a motion for recusal is given to any party who, after reviewing the facts of this particular case, believes that a recusal motion is appropriate.

IT IS SO ORDERED.

Dated:    September 15, 2008                      /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE