Mr. Carey H. Johnson #40879
**STAMMER, McKNIGHT, BARNUM & BAILEY LLP**
2540 W. Shaw Lane, Suite 110
Fresno, California 93711
Telephone: (559) 449-0571
Facsimile: (559) 432-2619

Attorneys for Defendants, COUNTY OF FRESNO and SHERIFF MARGARET MIMS

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND GARIBYAN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO, SHERIFF MARGARET MIMS and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:08-CV-00390-AWI-SMS<br><br>ORDER MODIFYING SCHEDULING CONFERENCE ORDER |

Upon consideration of the parties' Stipulation to Modify Scheduling Conference Order, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is GRANTED.

It is further ordered that the Scheduling Conference Order entered on October 29, 2008 (Docket No. 16) is modified and dates shall be as follows:

| | |
|---|---|
| Discovery Closes | July 10, 2009 |
| Expert Disclosure | July 15, 2009 |
| Non-Dispositive Motion Filing | July 27, 2009 |
| Supplemental Expert Disclosure | August 14, 2009 |
| Dispositive Motion Filing | August 20, 2009 |

- 1 –

Garibyan v. County of Fresno, et al.
United States District Court Case No. 1:08-CV-00390-AWI-SMS
[PROPOSED] ORDER MODIFYING SCHEDULING CONFERENCE ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| Expert Discovery Closes | September 11, 2009 |
|---|---|
| Settlement Conference (was 5/6/2009) | September 15, 2009 At 10:00am (SMS) |
| Pre-Trial Conference (remains set) | October 2, 2009 |
| Trial (remains set) | November 17, 2009 |

DATED:   April 10, 2009

                           /s/ Sandra M. Snyder
                           SANDRA M. SNYDER
                           United States Magistrate Judge

Garibyan v. County of Fresno, et al.
United States District Court Case No. 1:08-CV-00390-AWI-SMS
[PROPOSED] ORDER MODIFYING SCHEDULING CONFERENCE ORDER

PDF created with pdfFactory trial version www.pdffactory.com