Mr. Carey H. Johnson #40879
**STAMMER, McKNIGHT, BARNUM & BAILEY LLP**
2540 W. Shaw Lane, Suite 110
Fresno, California 93711
Telephone: (559) 449-0571
Facsimile: (559) 432-2619

Attorneys for Defendants, COUNTY OF FRESNO and SHERIFF MARGARET MIMS

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND GARIBYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO, SHERIFF MARGARET MIMS and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 1:08-CV-00390-AWI-SMS<br><br>**ORDER AMENDING PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' ANSWER.** |

Upon consideration of the parties' Stipulation Amending Plaintiff's Amended Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Requested Order is GRANTED and:

A. Plaintiff's Amended Complaint is hereby modified as set forth below without affect on the November 17, 2009 trial date:

    1. **Plaintiff's Second Cause of Action, including Paragraphs 27-28, be and hereby is stricken.**

    2. **Paragraph C of Plaintiff's Prayer (on Page 9) be and hereby is stricken.**

    3. **Sheriff Margaret Mims be and hereby is dismissed from this action.**

- 1 –
**Garibyan v. County of Fresno, et al.**
United States District Court Case No. 1:08-CV-00390-AWI-SMS
[PROPOSED] ORDER AMENDING PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' ANSWER

PDF created with pdfFactory trial version www.pdffactory.com

B.      Defendants' Answer shall be deemed amended to conform to Plaintiff's amended complaint.

Dated: <u>August 20, 2009</u>            <u>        /s/ Sandra M. Snyder        </u>
                                         **UNITED STATES MAGISTRATE JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com