IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND GARIBYAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF FRESNO, SHERIFF MARGARET MIMS and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 1:08-CV-00390-AWI-SMS<br><br>**ORDER AMENDING PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' ANSWER** |

　　　Upon consideration of the parties' Stipulation Amending Plaintiff's Amended Complaint filed August 24, 2009, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that the Requested Order is GRANTED and:

　　　A.　　Plaintiff's Amended Complaint is hereby modified as set forth below without affect on the November 17, 2009 trial date:

　　　　　　1.　　Plaintiff's First Cause of Action, including Paragraphs 24-25, be and hereby is stricken.

　　　　　　2.　　Plaintiff's Fourth Cause of Action, including Paragraphs 33-35, be and hereby is stricken.

　　　　　　3.　　Plaintiff's Sixth Cause of Action, including Paragraphs 38-40, be and hereby is stricken.

1        4.     Paragraph A of Plaintiff's prayer (Page 9) be and hereby is stricken.

2        5.     Plaintiff's claim for attorneys fees set forth in Paragraph D, line 15

3             of his prayer be and hereby is stricken.

4    B.     Defendants' Answer shall be deemed amended to conform to Plaintiff's

5 amended complaint.

7 DATED: September 10, 2009                 /s/ Sandra M. Snyder

8                                     UNITED STATES MAGISTRATE JUDGE

**Garibyan v. County of Fresno, et al.**
United States District Court Case No. 1:08-CV-00390-AWI-SMS
**ORDER AMENDING PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' ANSWER**